IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff / Appellee,

vs.                                              CASE NO.: 5:04cr65/MCR

ALTO P. THOMAS,

    Defendant / Appellant.

_____/

**O R D E R**

    This matter is before the court upon the Notice of Appeal filed on behalf of Alto P. Thomas. (Doc. 1). Mr. Thomas seeks to appeal the decision of the magistrate judge rendered November 10, 2004, in the court trial of the underlying case numbered 5:04mj17-LAB, and the Judgment dated December 29, 2004. Pursuant to the Notice of Filing dated December 29, 2004, Appellant was directed to submit a transcript of the proceedings before the magistrate judge and to file a written brief by February 22, 2005. (See doc. 2). Pursuant to Appellant's request, on February 9, 2005, Appellant was granted sixty (60) days from that date in which to file his written brief. Appellant has not filed the transcript or the written brief and the time to do so has since elapsed. No pleadings or communications have been received from Appellant since February 3, 2005.

    Accordingly, it is ORDERED that:

    This appeal is dismissed due to Appellant's failure to file the written brief within the time permitted.

    **DONE and ORDERED** this 25th day of April, 2005.

                                                *s/ M. Casey Rodgers*
                                                **M. CASEY RODGERS**
                                                **UNITED STATES DISTRICT JUDGE**